IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN SMITH,** | : | CIVIL ACTION NO. 1:23-CV-403 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **CAPTAIN KASAKOWSKI,** | : | |
| Defendant | : | |

# ORDER

AND NOW, this 26th day of May, 2023, upon review of the complaint pursuant to 28 U.S.C. § 1915(e)(2), and the court concluding that the complaint is malicious for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiff's complaint (Doc. 1) is DISMISSED WITH PREJUDICE as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

2. The Clerk of Court is directed to CLOSE this case.

/S/ Christopher C. Conner
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania